[No. 16966-5-II.   Division Two.   April 20, 1995.]

ROBERT E. SECAUR, ET AL, *Respondents*, v. JEFFREY W. EDWARDS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-12186-4, Arthur W. Verharen, J., entered

March 12, 1993. *Reversed* and *remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Wiggins, J.